

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00773-CR

Christian Matthew **RODRIGUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR2561
Honorable Melisa Skinner, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARION

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED December 31, 2014.

_____
Catherine Stone, Chief Justice